L. J. McDOWELL, Respondent, *v.* THE CITY OF AUBURN, Appellant.

*McDowell* v. *City of Auburn*, 126 App. Div. 173, affirmed.

(Submitted December 2, 1909; decided December 17, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered

May 6, 1908, which reversed a judgment of the Cayuga County Court in favor of defendant entered upon a dismissal of the complaint and an order denying a motion for a new trial and granted a new trial in an action to recover for personal injuries alleged to have been sustained through defendant's negligence.

*J. Henry Kerr* for appellant.

*Frank C. Cushing* and *Charles A. Wright* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WILLARD BARTLETT, HISCOCK and CHASE, JJ.